UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | 2:24-CV-02935-SB-JPR | Date: | February 11, 2025 |
|---|---|---|---|

| Title: | Chiddy Golden v. Ford Motor Credit Company LLC et al |
|---|---|

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Robert F Brennan | Adam Andrew Hutchinson |
|  | Matthew J Esposito |

**Proceedings: (Minutes of)** Final Pretrial Conference **(Held and continued)**

The Court heard from the parties as to pretrial matters. The parties are ordered to appear for a further pretrial conference on February 14, 2025 at 8:30 a.m. in Courtroom 6C.

The Court addressed the following matters:

1. The parties are ordered to appear at 8:00 a.m. on the first day of trial.

2. The parties are ordered to read the Court's Civil Pretrial and Trial Order in advance of the February 14, 2025 conference and to re-read the order the day before trial.

3. The Court explained its expectations for jury selection and voir dire.

4. Based on the parties' representations that they are not seeking any protective order, the Court denied the pending protective order at Dkt. No. 90 as moot.

5. The amount of any punitive damages award under the California Consumer Credit Reporting Agencies Act will be decided by the jury. The Court will

address the issue of the number of violations at issue and whether the Court or jury will decide the number of violations at the next pretrial conference.

6. The Court addressed the parties' dispute over whether Plaintiff can testify about injury to his creditworthiness. He will be permitted to do so for purposes of his claim of noneconomic harm, provided that he stays within the limits discussed at the conference. The parties should revise the limiting instruction presented, if necessary, to address the limited purpose of the evidence.

    The Court will address further substantive issues with the parties at the February 14, 2025 conference.

                                                           0:32