JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| CHIDDY GOLDEN, | Case No. 2:24-cv-02935-SB-JPR |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| vs. | |
| FORD MOTOR CREDIT COMPANY LLC et al., | |
| Defendants. | |

The case came on for a jury trial before the Court on February 24, 2025. On February 25, 2025, the jury returned a unanimous verdict in favor of Defendant Ford Credit Company LLC and against Plaintiff Chiddy Golden.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. This entire action and each of Plaintiff Chiddy Golden's claims are dismissed with prejudice.

2. Judgment is entered in favor of Defendant Ford Motor Credit Company LLC and against Plaintiff Chiddy Golden.

3. Defendant Ford Motor Credit Company LLC is the prevailing party in this action and is entitled to costs pursuant to Fed. R. Civ. P. 54(d).

DATED: February 27, 2025

Stanley Blumenfeld, Jr.
United States District Judge